Jeanne PRUITT, Plaintiff–Appellant,

v.

UNITED STATES of America, Defendant–Appellee.

No. 06–30642
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 12, 2007.

Jeanne Pruitt, pro se.

Jennifer Bailey Drago, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellee.

Before REAVLEY, WIENER, and DENNIS, Circuit Judges.

PER CURIAM: *

Jeanne Pruitt appeals the district court's Rule 52(c) dismissal of her lawsuit under the Federal Tort Claims Act after Pruitt rested her case at trial. We affirm the judgment for the reasons given by the able district court in its ruling from the bench. Pruitt did not establish that the defendant failed to warn her of the danger created by her conduct, and the district court's contrary finding that a prominent warning was in place is supported by the evidence.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.